Lundberg Stratton, J.,
dissenting.
{¶ 24} For the reasons stated in my dissenting opinion in Disciplinary Counsel v. Geer, 112 Ohio St.3d 124, 2006-0hio-6516, 858 N.E.2d 388, I dissent and would leave respondent’s sanction as an interim suspension, rather than a finite suspension. As soon as respondent becomes current on his arrearage and current on his child-support obligations, I would allow him to provide proof of doing so and permit him to apply to be reinstated on the condition that he proves compliance with all the requirements imposed in this court’s interim suspension order. In so doing, respondent would be able to more quickly return to the practice of law and be able to earn a living and better provide for his children. I respectfully dissent.
Lanzinger, J., concurs in the foregoing opinion.